ILLOVSKY & CALIA LLP
Eugene Illovsky (State Bar No. 117892)
eugene@illovskycalia.com
Eva Schueller (State Bar No. 237886)
eschueller@illovskycalia.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Daniel Weltin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMEPORT INSURANCE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VERONICA MCRAE, an individual, DANIEL WELTIN, an individual, PHILIP WELTIN, an individual, WELTIN STREB & WELTIN LLP, a California Limited Liability Partnership, and DOES 1-25,<br><br>　　　　　Defendants. | Case No. 23-cv-06409-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DANIEL WELTIN'S MOTION TO DISMISS** |

Before the Court is Defendant Daniel Weltin's Motion to Dismiss. Having reviewed the pleadings, and good cause having been shown, it is hereby ORDERED that Homeport Insurance's causes of action against Defendant Daniel Weltin are dismissed with prejudice. It is further Ordered that Mr. Weltin be awarded his reasonable attorneys' fees pursuant to California Code of Civil Procedure section 425.16(c).

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　HON. HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge