AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Homeport Insurance__    District of    __Northern District__

Plaintiff (s),

V.

Veronica McRae, Daniel Weltin, Philip Weltin, et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __23-cv-06409-HSG__

Notice is hereby given that, subject to approval by the court, __Philip Weltin and Weltin, Streb & Weltin__ substitute
(Party (s) Name)

__Randall A. Miller__, State Bar No. __116036__ as counsel of record in
(Name of New Attorney)

place of __James M. Penning__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Miller Law Associates, APC |
| Address: | 411 South Hewitt St Los Angeles, CA 90013 |
| Telephone: | (213) 493-6401     Facsimile  (888) 749-5812 |
| E-Mail (Optional): | rmiller@millerlawapc.com |

I consent to the above substitution.

Date: 7/19/2024

Philip R. Weltin  *[signature]*
(Signature of Party (s))

I consent to being substituted.

Date: 7/18/2024

*[signature] James M. P—*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/15/2024

Randall A. Miller   Digitally signed by Randall A. Miller
Date: 2024.07.15 12:04:21 -07'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/24/2024

*[signature] Haywood S. Gilliam Jr.*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**